UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **ASTRO RANSOM and** <br> **JAMES RUSH,** <br><br> Plaintiffs, <br><br> v. <br><br> **DELCAR, INC. d/b/a ROCK TRANSPORT,** <br><br> Defendant. | ) <br> ) CASE NO. 1:17-CV-386-JMS-MJD <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

This matter came before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, and the Court having considered the same and being duly advised, now finds that the Joint Stipulation of Dismissal should be **GRANTED**.

It is, therefore, ORDERED, ADJUDGED, and DECREED that this matter, shall be, and hereby is, dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Date: 11/2/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distributed electronically to all counsel of record.